IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURTROOM MINUTES - CRIMINAL |
| ) | BEFORE: David T. Schultz |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No:  22-cr-223 MJD/DTS |
| ) | Date:  September 20, 2022 |
| Hamdi Hussein Omar(12), ) | Courthouse:  Minneapolis |
| ) | Courtroom:  9E |
| Defendant, ) | Time Commenced:  3:04 p.m. |
| | Time Concluded:  3:10 p.m. |
| | Time in Court:  6 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    X FPD(today's purpose only)

Date Charges Filed: 9/13/2022            Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit money laundering

X Advised of Rights

on    X Indictment

X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
    X Arraignment hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                              s/jam
                                                                Signature of Courtroom Deputy