UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(12) (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAMDI HUSSEIN OMAR, )<br>)<br>Defendant. ) | **MOTION TO CONTINUE TRIAL** |

MOTION

Hamdi Omar, through counsel, respectfully moves the Court for an Order continuing the trial setting in her case, currently scheduled for Monday, April 24th, 2025 at 9:00 am. The reason for this request is that Ms. Omar is pregnant and due to give birth within the next 2-3 weeks (Counsel will file supporting documentation separately in a restricted filing). Given the circumstance it will be extraordinarily difficult for her to attend to the rigors of a lengthy trial while providing the necessary care for her infant child.

Dated: March 17th, 2025        Respectfully submitted,

                               *s/ Robert M. Paule*

                               Robert M. Paule
                               Attorney ID No. 203877
                               Robert M. Paule
                               920 2nd Avenue South, Suite 975
                               Minneapolis, MN  55402
                               Telephone: (612) 332-1733