UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(12) (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAMDI HUSSEIN OMAR, )<br>)<br>Defendant. ) | **DEFENDANT OMARS SECOND MOTION TO CONTINUE TRIAL** |

MOTION

Hamdi Omar, through counsel, respectfully moves the Court for an Order continuing the trial setting in her case, currently scheduled to begin on Thursday, April 24th, 2025, at 9:00 am. The reason for this request is that Ms. Omar gave birth recently and is currently caring for her child and recovering from this process. As a result, Ms. Omar is extremely limited in her time and ability to meet with Counsel, to review her file (including new Motions and discovery) and otherwise prepare for a lengthy trial. Additionally, Ms. Omar was diagnosed pre-pregnancy with several medical issues which further compromise her ability to prepare for trial (documentation will be filed separately) and could put her and her infant child's health at serious risk.

Given these circumstances, counsel respectfully asks that the Court continue the

trial setting in this case for an additional 90 days.

Dated: April 4th, 2025                    Respectfully submitted,

*s/ Robert M. Paule*

Robert M. Paule
Attorney ID No. 203877
Robert M. Paule
920 2nd Avenue South, Suite 975
Minneapolis, MN   55402
Telephone: (612) 332-1733