UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **GOVERNMENT'S REPONSE TO** ) **DEFENDANT'S MOTION TO** ) **CONTINUE TRIAL** |
| 12. HAMDI HUSSEIN OMAR, | ) ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Lisa D. Kirkpatrick, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Harry M. Jacobs, Matthew S. Ebert, and Daniel W. Bobier, Assistant United States Attorneys, submits the following response to defendant Hamdi Omar's motion to continue the trial that is currently scheduled to being on April 24, 2025. The government takes no position on defendant Omar's motion to continue the trial and defers to the discretion of the Court in setting the trial date.

Respectfully Submitted,

Dated: April 10, 2025

LISA D. KIRKPATRICK
Acting United States Attorney

 /s/ *Harry M. Jacobs*
BY:   JOSEPH H. THOMPSON
HARRY M. JACOBS
MATTHEW S. EBERT
DANIEL W. Bobier
Assistant U.S. Attorney