UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-223(12) (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **MOTION TO WITHDRAW AND** |
| v. | ) **FOR SUBSTITUTION OF COUNSEL** |
| HAMDI HUSSEIN OMAR, | ) |
| Defendant. | ) |

Counsel for Ms. Omar, respectfully moves the Court for an order allowing counsel to withdraw from representing Ms. Omar in the above-entitled matter, and to appoint new counsel. The relationship between Ms. Omar and counsel has been irretrievably broken, and Ms. Omar has requested that counsel withdraw from representing her. Ms. Omar believes that there has been an irretrievable breakdown in the attorney-client relationship. Without the trust of Ms. Omar, counsel can no longer effectively or ethically continue to represent her interests. Ms. Omar and counsel would respectfully request a hearing on this issue in the near future, as this matter is scheduled for a jury trial beginning on August 11th, 2025.

Base on the reasons set forth above, counsel would respectfully request a hearing on this issue as soon as practical to address this Motion and for the appointment of substitute counsel.

Dated: June 25th, 2025               Respectfully submitted,

                                     *s/ Robert M. Paule*

                                     _____
                                     Robert M. Paule
                                     Attorney ID No. 203877
                                     Robert M. Paule
                                     920 2nd Avenue South, Suite 975
                                     Minneapolis, MN   55402
                                     Telephone: (612) 332-1733