# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Hamdi Hussein Omar (12),

    Defendant.

**COURT MINUTES**
BEFORE: DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-223 |
| Date: | June 26, 2025 |
| Court Reporter: | Lori Simpson |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time: | 1:00 PM / 1:40 PM |
| Time in Court: | 40 minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
For Defendant Hamdi Hussein Omar (Dft. 12): Robert Paule, Retained

Defendant Hamdi Hussein Omar explained the basis for her Attorney's motion to withdraw outside the Government's presence. The Court ruled from the bench with a written order to follow.

s/ ALS
Law Clerk