UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Hamdi Hussein Omar (12),

    Defendant.

Case No. 22-cr-223 (NEB/DTS)

**ORDER**

Defendant Hamdi Hussein Omar's counsel moves to withdraw. Dkt. No. 681. The Court held a hearing regarding the motion on June 26, 2025.

For the reason's stated on the record, **IT IS HEREBY ORDERED**: Attorney Robert Paule's Motion to Withdraw (Dkt. No. 681) is **DENIED**.

Dated: June 26, 2025

s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge